**92–958.** State ex rel. Champion Internatl. Corp. v. Indus. Comm. *Franklin County*, No. 91AP–472. Cause dismissed, on appellant's application to dismiss, effective June 24, 1992.

**92–960.** State v. Andrews. *Cuyahoga County*, Nos. 34620 and 39712. *Sua sponte*, cause dismissed for want of prosecution.